JACOB TELESH, PLAINTIFF-RESPONDENT, v. CITY OF CLIFTON, ETC., ET AL., DEFENDANTS-RESPONDENTS AND VINCENT CARABELLO, ET AL., DEFENDANTS-PETITIONERS.

*Mr. Nicholas Martini* and *Mr. Sam Weiss* for the petitioners.

*Mr. Martin Klughaupt* for plaintiff-respondent.

May 16, 1967. Denied.

MAYFAIR FARMS HOLDING CORP., ET AL., PETITIONERS-RESPONDENTS, v. TOWN OF WEST ORANGE, RESPONDENT-PETITIONER AND DIVISION OF TAX APPEALS, ETC., RESPONDENT.

*Mr. Louis Lando* and *Mr. Harry A. Margolis* for the petitioner.

*Mr. Jacob Slavitt* and *Mr. Saul A. Wolfe* for the petitioners-respondents.

May 16, 1967. Denied.

ANTHONY JASICZEK, AN INFANT, BY HIS GUARDIAN, AD LITEM, ET ALS., PLAINTIFFS-PETITIONERS, v. PENNSYLVANIA RAILROAD COMPANY, DEFENDANT-RESPONDENT.

*Mr. Sidney C. Swirsky* and *Mr. Walter S. Swirsky* for the petitioners.

*Messrs. O'Mara, Schumann, Davis & Hession* for the respondents.

May 16, 1967. Denied.